IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MURGA ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RECONTRUST COMPANY, N.A. ET AL.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 12-06350 CRB<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

Plaintiffs Rodolfo Murga and Veronica Hernandez have moved the Court for a Temporary Restraining Order that would enjoin Defendants from completing foreclosure of real property located at 2552 Moraga Drive, Pinole, California 94564. See dkt. 4. A foreclosure sale is presently set to take place on December 18, 2012 – tomorrow. Plaintiffs have made an adequate showing under Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008), particularly as to the likelihood of irreparable harm. Accordingly, the Court GRANTS Plaintiffs' Motion and ENJOINS the foreclosure sale, provided that Plaintiffs deposit security of $500 into the registry of the Court **by 9:00 am tomorrow**. The Court will conduct a hearing on this matter on **Thursday, December 20, 2012 at 10:00 am.** Plaintiffs

//

//

//

1  are to serve Defendants with their Motion, the Complaint, and this Order forthwith.

2  **IT IS SO ORDERED.**

3  Dated: December 17, 2012



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\6350\tro order.wpd            2