IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MURGA ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RECONTRUST COMPANY, N.A. ET AL., <br><br> Defendants. | No. C 12-06350 CRB <br><br> **ORDER DISSOLVING TEMPORARY RESTRAINING ORDER** |

Plaintiffs have withdrawn their request for a preliminary injunction, and now request that the court dissolve the temporary restraining order (TRO) and return to Plaintiffs the $500 security paid in connection with the TRO. See dkt. 12. Based on Plaintiffs' withdrawal, the Temporary Restraining order dated December 17, 2012, is hereby DISSOLVED and released. The $500 security shall remain on deposit pending further order of the Court.

**IT IS SO ORDERED.**

Dated: December 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\6350\order dissolving tro.wpd