Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODOLFO MURGA AND VERONICA HERNANDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 – 100, INCLUSIVE, <br><br> Defendants. | Case No.:  C 12-06350 EDL <br><br> STIPULATION TO DISMISS CASE WITHOUT PREJUDICE <br><br> JUDGE: Honorable Charles R. Breyer |

WHEREAS the Parties have agreed that Defendant's rescission of the Notice of Default against Plaintiff's property has rendered the current lawsuit moot.

THEREFORE the Parties agree that the case shall be dismissed without prejudice, each side to bear its own costs and fees.

Date: January 22, 2013                             _____/s/ Michael Yesk_____
                                                                Michael Yesk
                                                                Attorney for Plaintiffs

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE- 1

Date: January 22, 2013          _____/s/ Brian S. Whittemore__
                                Brian S. Whittemore
                                Attorney for Defendants

BASED ON THE FOREGOING, IT IS THEREFORE ORDERED THAT:

The Complaint is hereby Dismissed Without Prejudice, each side to bear its own costs and fees.

Date: January _23_, 2013            _____
                                    United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE- 2